Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-10-00310-CV

Jesus Hernandez **ALCOCER**,
Appellant/Cross-Appellee

v.

**ADT SECURITY SERVICES, S.A. DE C.V.**,
Appellee/Cross-Appellant

v.

Alert 24 Security, LLC; Adelina B. Federico;
and Asociados Multidisciplinarios, S.A. de C.V.;
Cross-Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2006-CVQ-001051-D2
Honorable Raul Vasquez, Judge Presiding

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  October 31, 2012

DISMISSED

The parties have filed a Joint Motion to Dismiss Entire Appeal, asking that this court

dismiss this appeal, vacate the underlying judgment, release a supersedeas bond, and expedite

mandate.  We grant the motion, vacate the trial court's judgment, and dismiss this appeal.  *See*

TEX. R. APP. P. 42.1(a)(1), 43.2(e).


PER CURIAM